# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For **Revocation** of Probation or Supervised Release) |
| v. | Case Number:  04-mj-07222-MJW-01 |
| | USM Number:  32395-013 |
| DANIEL TAMBURO | Rick Williamson, AFPD |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, 3, 4, 5, 6, and 7, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance (Marijuana) | 9/7/04 |
| 2 | Possession and Use of a Controlled Substance (Marijuana, Amphetamine and Methamphetamine) | 1/11/05 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

March 15, 2006
Date of Imposition of Judgment

s/ Michael J. Watanabe
Signature of Judge

Michael J. Watanabe, U.S. Magistrate Judge
Name & Title of Judge

Date ; 3/21/06

DEFENDANT:  DANIEL TAMBURO
CASE NUMBER:  04-mj-07222-MJW-01                                                            Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Possession and Use of a Controlled Substance (Methamphetamine, Amphetamine) | 4/8/05 |
| 4 | Possession and Use of a Controlled Substance (Marijuana) | 4/13/05 |
| 5 | Failure to Participate in Drug Treatment as Directed by the Probation Officer (Urinalysis) | 5/27/05 |
| 6 | Failure to Submit Written Monthly Reports Within the First Five Days of Each Month | 6/05 |
| 7 | Failure to Notify Probation Officer of Change in Residence | 4/28/05 |

DEFENDANT:  DANIEL TAMBURO
CASE NUMBER:  04-mj-07222-MJW-01 Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 20 days.  No supervision following term of imprisonment.

The court recommends that the Bureau of Prisons credit the defendant with eight (8) days spent in official detention prior to revocation of probation.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal